

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Keara M. Gordon
keara.gordon@dlapiper.com
T  212.335.4632
F  212.884.8632

June 26, 2017

*Via ECF and Fax*

Hon. Steven I. Locke
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Courtroom 820
Central Islip, NY 11722

Re:   *John Duffy III v. Illinois Tool Works, Inc., et al.*
      Civ. Action No. 15-cv-07407

Dear Judge Locke:

    We represent defendants Illinois Tool Works, Inc. and South/Win Ltd. ("Defendants") in the above-captioned action. On June 5, 2017, the Court entered an order scheduling a status conference for June 28, 2017, at 11:30 am (the "Status Conference"). While I intend to appear in person at the Status Conference, we respectfully request that Raja Gaddipati—one of the Defendants' additional counsel of record at DLA Piper LLP (US)—be permitted to attend telephonically. Mr. Gaddipati has been traveling on other matters, which prevents him from attending in person.

    Please do not hesitate to contact the undersigned or Mr. Gaddipati at 312-368-3477 if the Court should have any questions in this regard.

Respectfully,

Keara M. Gordon

cc: All counsel of record (via ECF)